IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABRAHAM TITO VILLASMIL,

    Petitioner,

vs.                                         Case No. 4:13cv175-WS/CAS

ERIC H. HOLDER, JR., et al.,

    Respondents.

                             /

## REPORT AND RECOMMENDATION

Petitioner initiated this case on April 3, 2013, doc. 1, by filing a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleged he had been held in detention "for a total of 216 days" after a final order of removal, that the United States has been unable to remove him to his native country of Venezuela, and he sought release from an alleged "indefinite detention" under the authority of <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001). Doc. 1. Respondents filed an Answer to the petition on April 30, 2013. Doc. 18. Petitioner had filed three notices of change of address, docs. 14, 16, and 17, during the course of the proceeding and when a recent order was returned as "undeliverable," doc. 20, an Order was entered directing Respondents to advise the Court as to Petitioner's status. Doc. 21.

In response to that Order, Respondents filed a motion to dismiss this case because Petitioner was removed to Venezuela on June 5, 2013. Doc. 23. Respondents contend this case no longer presents a case or controversy and Petitioner has already received the relief he sought (release from detention). *Id.* Attached to the motion is an executed Form I-205, Warrant of Removal/Deportation, which demonstrates that Petitioner's removal was witnessed on June 5, 2013, when Petitioner departed the United States from Miami, Florida. Doc. 23-1.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner did not contest his removal from this country, and is no longer in custody.

It is respectfully **RECOMMENDED** that the motion to dismiss, doc. 23, be **GRANTED**, and the § 2241 petition filed by Abraham Tito Villasmil be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on July 26, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv175-WS/CAS