IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABRAHAM TITO VILLASMIL,

    Petitioner,

v.                                        4:13cv175-WS

ERIC HOLDER, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed July 26, 2013. The magistrate judge recommends that the respondent's motion to dismiss be granted.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The respondent's motion to dismiss (doc. 23) is GRANTED.

3. The petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot.

4. The clerk shall enter judgment stating: "All claims are DISMISSED without

prejudice."

DONE AND ORDERED this ___9th___ day of ___August___, 2013.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE